FILED US District Court-UT
MAY 25 '22 PM01:41

TRINA A. HIGGINS, United States Attorney (#7349)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Michael.Thorpe@usdoj.gov

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR M. SWAIN,<br><br>Defendant. | INDICTMENT<br><br>VIOLATIONS:<br><br>Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm;<br><br>Count II: 18 U.S.C. § 922(k), Possession of a Firearm with an Obliterated Serial Number. |

The Grand Jury Charges:

Case: 2:22-cr-00190
Assigned To : Sam, David
Assign. Date : 5/24/2022

COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

Beginning on or about September 15, 2021, through on or about November 15, 2021, in the District of Utah,

TAYLOR M. SWAIN,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a

Ruger, Security Six, .357 magnum revolver, and the firearm was in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

COUNT II
18 U.S.C. § 922(k)
(Possession of a Firearm with an Obliterated Serial Number)

Beginning on or about September 15, 2021, through on or about November 15, 2021, in the District of Utah in the District of Utah,

TAYLOR M. SWAIN,

defendant herein, did knowingly receive and possess a firearm which manufacturer's and importer's serial number had been removed, altered and obliterated, which firearm had been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(k).

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

MICHAEL J. THORPE
Assistant United States Attorney